# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**IN RE ORLY GENGER**                                                                                            **DEBTOR**

### Case No. 4:20-mc-00008-KGB

### **ORDER**

Before the Court is the status of this case. Non-party Michael Oldner filed a motion to quash subpoena and motion of the Orly Genger 1993 Trust and non-party Michael Oldner to bar enforcement of five unserved PDF "subpoenas" (Dkt. No. 2). In December 2021, there having been no further filings in this case since the filing of the pending motion to quash, the Court reached out to counsel of record through an electronic mail message and requested a status update in this matter. Counsel submitted a status report on December 28, 2021 (Dkt. No. 7). The status report updates the Court and requests that the Court, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismiss without prejudice this matter (Dkt. No. 7). No party has filed an opposition to this request. For good cause shown, the Court grants the request to dismiss without prejudice this matter and denies as moot the pending motion to quash (Dkt. No. 2).

So ordered this 9th day of February, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge